**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **RORY L. CASTILLE and NATASHA CASTILLE** | **CIVIL ACTION NO. ____________** |
| **VERSUS** | **JUDGE ___________________** |
| **APACHE DEEPWATER, LLC, and alternatively, ISLAND OPERATING COMPANY, INC.** | **MAGISTRATE __________________** |

**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes, Rory L. Castille and Natasha Castille, husband and wife and residents of the Western District of Louisiana specifically, at 303 Breton Drive, Lafayette, Louisiana 70508, who with respect represent:

1.

This action is filed pursuant to the Outer Continental Shelf Lands Act, 43 USC 1333, et. seq., which incorporates Louisiana law as surrogate Federal law under the provisions of the act.

2.

MADE DEFENDANTS HEREIN ARE:

A. Apache Deepwater, LLC, a foreign corporation authorized to do and doing business in the Western District of Louisiana;

B. And/or in the alternative, Island Operating Company, Inc., a foreign corporation authorized to do and doing business in the Western District of Louisiana;

3.

On about October 13, 2012, plaintiff, Rory L. Castille, received serious and permanent disabling injuries including debilitating third degree burns to his face, chest, hands and general body while working for Total Safety as a fire technician while on a satellite production platform, West Cameron 111(f), owned and/or operated by Apache Deepwater, LLC. and allegedly operated by Island Operating Company, Inc.

4.

On the above date, plaintiff, Rory L. Castille, a T-2 Certified fire technician, while on the above platform, opened the door to the wellhead control panel and during this was engulfed by fire flowing from the panel area.

5.

Plaintiff, Rory L. Castille was in no way at fault in the cause of this accident.

6.

The negligence and/or fault of Apache Deepwater, LLC, through its employees, agents and/or representative (Doctrine of Respondeat Superior) is unexclusively listed as follows in the cause of plaintiff's injuries:

a. Negligently allowing and/or failing to follow proper procedures resulting in an accumulation of natural gas to exist in the wellhead control panel area leading to ignition;

b. Failing to properly monitor gas flows and/or leaks within the well area as it interconnects with the wellhead control panel resulting in an ignition and fire hazard;

c. Failing to maintain the above described panel including the inspection, monitoring and upkeep of O rings resulting in a gas leak and ultimate ignition/explosion/fire;

d. Failing to identify possible ignition sources within the confines of the wellhead control panel;

e. Improper warnings in light of the above

7.

Island Operating Company, Inc. as the operator of this satellite platform is named as a defendant in the alternative in the event it is established that as operator it failed to take proper safeguards as is unexclusively set forth in Paragraph 6 above.

8.

In that event, it is alleged that Island Operating Company, Inc. and Apache Deepwater, LLC are jointly, severally and insolido bound to plaintiffs for injuries and damages.

9.

As a result of the above described accident and residual injuries set forth, petitioner, Rory L. Castille has suffered and will continue to suffer with the following categories of loss for which he prays for damages reasonable on the premises as follows:

a. Medical expenses; past, present and future;

b. Lost wages including lost earning capacity; past, present and future;

c. General damages including mental pain and suffering, disfigurement, scarring and loss of enjoyment of life.

10.

In addition, petitioner, Natasha Castille files a loss of consortium claim under Louisiana law for loss of services, consortium and society that she has sustained as a result of the extreme injuries to her husband and for which she prays for damages that are reasonable on the premises.

**WHEREFORE**, petitioners, **Rory L. Castille and Natasha Castille**, pray for judgment in their favor and against **Apache Deepwater, LLC and/or ISLAND OPERATING COMPANY, INC..** for monetary damages, both general and special, in the full and true sum in amounts reasonable in the premises to be proven at the trial of the merits of this matter, in favor of **Rory L. Castille and Natasha Castille**, plus costs of these proceedings and legal interest from the date of judicial demand and all other equitable and just relief.

Respectfully submitted,

DOMENGEAUX WRIGHT ROY & EDWARDS

BY: *s/ James H. Domengeaux*
James H. Domengeaux
Bar Roll No. 17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(318) 233-3033

ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**

**APACHE DEEPWATER, LLC**
through their agent for service:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

**ISLAND OPERATING COMPANY, INC.**
through their agent for service:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808