U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 7 2018

TONY R. MOORE, CLERK
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Castille et al — Civil Action No. 6:12-cv-02892

versus — Magistrate Judge Carol B. Whitehurst

Apache Deepwater LLC et al — By Consent of the Parties

**VERDICT FORM**

1. Do you find by a preponderance of the evidence that Defendant, Apache Deepwater, LLC, was negligent and/or at fault for the explosion and fire on WC 111F on October 13, 2013?

_____________Yes _______✓_______No

If the answer is yes, proceed to question two.
If the answer is no, STOP. Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

2. Do you find by a preponderance of the evidence that Defendant, Apache Deepwater, LLC's, negligence was a proximate cause of Rory Castille's injuries?

_____________Yes _____________No

If the answer is yes, proceed to question three.
If the answer is no, STOP. Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

3. Do you find by a preponderance of the evidence that the Plaintiff, Rory Castille was negligent and/or at fault for the explosion and fire on WC 111F on October 13, 2013?

_____________Yes _____________No

If the answer is yes, proceed to question four.
If the answer is no, proceed to question five.

4. Do you find by a preponderance of the evidence that the Plaintiff, Rory Castille's negligence was a proximate cause of his own injuries?

_____________Yes _____________No

Proceed to question five.

5. Did the Plaintiff, Rory Castille, suffer any damages?

_____________Yes _____________No

If the answer is yes, proceed to question six.
If the answer is no, STOP. Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

6. Do you find by a preponderance of the evidence that W-Industries of Louisiana, LLC was negligent and/or at fault for the explosion and fire on WC 111F on October 13, 2013?

_____________Yes _____________No

If the answer is yes, proceed to question seven.
If the answer is no, proceed to question eight.

7. Do you find by a preponderance of the evidence that W-Industries of Louisiana, LLC negligence was a proximate cause of Rory Castille's injuries?

_____________Yes _____________No

Proceed to question eight.

8. Do you find by a preponderance of the evidence that Control Concepts and Technology Inc. was negligent and/or at fault for the explosion and fire on WC 111F on October 13, 2013?

_____________Yes _____________No

If the answer is yes, proceed to question nine.
If the answer is no, proceed to question ten.

9. Do you find by a preponderance of the evidence that Control Concepts and Technology Inc. 's negligence was a proximate cause of Rory Castille's injuries?

_____________Yes _____________No

Proceed to question ten.

10. Do you find by a preponderance of the evidence that Norgren was negligent and/or at fault for the explosion and fire on WC 111F on October 13, 2013?

_____________Yes _____________No

If the answer is yes, proceed to question eleven.
If the answer is no, proceed to question twelve.

11. Do you find by a preponderance of the evidence that Norgren's negligence was a proximate cause of Rory Castille's injuries?

_____________Yes _____________No

Proceed to question twelve.

12. What percentages (%) of fault do you assess as to the following parties:

| | |
|---|---|
| Apache Deepwater, LLC | ____________ % |
| Rory Castille | ____________ % |
| W-Industries of Louisiana LLC | ____________ % |
| Control Concepts and Technology | ____________ % |
| Norgren Inc. | ____________ % |
| Total (must total 100%) | 100 % |

Proceed to question thirteen.

13. Please state what amount of money, *if any*, in dollars and cents, would reasonably compensate the plaintiff, Rory Castille, for the following:

| | |
|---|---|
| Past Physical Pain and Suffering | $____________ |
| Future Physical Pain and Suffering | $____________ |
| Past Mental Pain and Suffering | $____________ |
| Future Mental Pain and Suffering | $____________ |
| Medical Expenses | $____________ |
| Past Lost Wages/Loss of Earning Capacity | $____________ |
| Future Lost Wages/Loss of Earning Capacity | $____________ |
| Disfigurement and Physical Disability | $____________ |
| Loss of Enjoyment of Life | $____________ |
| TOTAL | $____________ |

**STOP.** Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

SO SAY WE ALL this 7th day of May, 2018 at Lafayette, Louisiana.

**REDACTED**

Jury Foreperson