**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Castille et al | Civil Action No. 6:12-02892 |
| versus | Magistrate Judge Carol B. Whitehurst |
| Apache Deepwater LLC et al | By Consent of the Parties |

# JUDGMENT

The trial of this matter was conducted before a jury on April 30, May 1, 2, 3, 4 and 7, 2018. The jury returned a verdict for the defendant, Apache Deepwater LLC, and against the plaintiff, Rory L. Castille, finding **no fault** as to Apache Deepwater LLC.

In accord with the jury verdict rendered on the 7th day of May, 2018,

**IT IS ORDERED** that judgment be and is hereby entered in favor of the defendant, Apache Deepwater LLC, and against the plaintiff, Rory L. Castille, and the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the plaintiff, Rory L, Castille, is taxed with the costs of this proceeding, as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**JUDGMENT SIGNED** this 8th day of May, 2018 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE